INITIALS: MG  ID # SPS# 1556
DATE: 8/5/2025 TIME: 08:10 AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia ▼

*ORIGINAL FOR RETURN*

| | |
|---|---|
| DIANA MEY <br><br> *Plaintiff(s)* <br> v. <br> FEX QUOTES, LLC., <br> ADAM BARKOW, <br> JOHN DOE. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:25-cv-00137-JPB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADAM BARKOW
13450 Amber Waves Ave
Delray Beach, FL 33484

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DIANA MEY
14 APPLEWOOD DRIVE
WHEELING WV 26003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Stephanie Hainer Ojeda
CLERK OF COURT

Date: 7-29-25

L.M. Murphy
*Signature of Clerk or Deputy Clerk*

# VERIFIED RETURN OF SERVICE

**FILED**
**AUG 6 2025**
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Job # 12860

### Client Info:

Diana Mey, Pro Se
14 Applewood Drive
Wheeling, WV 26003

### Case Info:

**Plaintiff:**
DIANA MEY
-versus-
**Defendant:**
FFX QUOTES, LLC., ADAM BARKOW, John Doe

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINI WHEELING
DIVISION

Court Case # **5:25-cv-00137-JPB**

### Service Info:

**Date Received:** 7/29/2025 at **05:15 PM**
**Service:** I Served **Adam Barkow**
With: **SUMMONS; PRELIMINARY STATEMENT**
by leaving with **Adam Barkow, INDIVIDUALLY**

**At Residence 13450 AMBER WAVES AVE DELRAY BEACH, FL 33484**
Latitude: **26.477766**,  Longitude: **-80.133282**

On **8/5/2025** at **08:10 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

### Served Description: (Approx)

Age: **46**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **200**, Hair: **Short Black/Baldish** Glasses: **No**

### Service Comments:

Subject open the door and acknowledged who he was. He said to leave the documents at the front door because he just woke up and didn't want to take them.

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**Mikhael Goldgisser**
Lic # **SPS# 1556**

**Diana Mey**
14 Applewood Drive
Wheeling, WV 26003

Ref # 12860




1 of 1