IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY,**

      **Plaintiff,**    Civil Action No. 5:25-CV-00137
                                                      Honorable John Preston Bailey

v.

**FEX QUOTES, LLC,**
**ADAM BARKOW, and**
**JOHN DOE,**

      **Defendants.**

### DEFENDANTS FEX QUOTES, INC. AND ADAM BARKOW'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants FEX Quotes, Inc.[1] and Adam Barkow ("Defendants"), by counsel, request that this Court enter an Order dismissing Plaintiff's Complaint. As demonstrated in Defendants' Memorandum in support filed contemporaneously herewith and hereby fully incorporated herein, Plaintiff, Diana Mey's claims for violations of Violations of the Telephone Consumer Protection Act ("TCPA") and the West Virginia Consumer Credit and Protection Act ("WVCCPA") fail to state a claim upon which relief may be granted.

Accordingly, Defendants request this Court **GRANT** their motion and **ORDER** that of Plaintiff's Complaint be **DISMISSED WITH PREJUDICE.**

---

[1] Improperly named in the Complaint as Fex Quotes, LLC.

26843974.1

DATED: August 26, 2025.

*FEX QUOTES, INC. and ADAM BARKOW,*
By Counsel,

*/s/Katherine R. Herrmann*
William D. Wilmoth (WV Bar # 4075)
Katherine R. Herrmann (WV Bar# 14067)
**Steptoe & Johnson PLLC**
1324 Chapline Street
Wheeling, WV 26003
William.Wilmoth@steptoe-johnson.com
Katie.Herrmann@steptoe-johnson.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**DIANA MEY,**

       **Plaintiff,**                                     **Civil Action No. 5:25-CV-00137
                                                                        Honorable John Preston Bailey**

**v.**

**FEX QUOTES, LLC,
ADAM BARKOW, and
JOHN DOE,**

       **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August 2025, I filed the foregoing ***Defendants FEX Quotes, Inc. and Adam Barkow's Motion to Dismiss Plaintiff's Complaint*** with the Clerk of Court via the CM/ECF system, and by placing a true and accurate copy in the U.S. mail to the below address, which will effect service upon the following:

                                      Diana Mey
                                   14 Applewood Drive
                                   Wheeling, WV 26003

                                                              */s/Katherine R. Herrmann*
                                                               Katherine R. Herrmann (WV Bar # 14067)