**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**DIANA MEY,**

                    Plaintiff,

          v.                                              **CIV. ACT. NO. 5:25-CV-137**
                                                          Judge Bailey

**FEX QUOTES, LLC,**
**ADAM BARKOW,** and
**JOHN DOE,**

                    Defendants.

## ORDER AND *ROSEBORO* NOTICE

Pending before this Court is Defendants Fex Quotes, Inc. and Adam Barkow's

Motion to Dismiss Plaintiff's Complaint [Doc. 7], and Memorandum in Support [Doc. 7-1]

filed August 26, 2025.[1]  The Court notes plaintiff is not represented by counsel; therefore,

this Court has a mandatory duty to advise the *pro se* plaintiff of her right to file responsive

material, and to alert her to the fact that failure to so respond might result in the entry of

an order of judgment with regard to the Complaint. ***Davis v. Zahradnick***, 600 F.2d 458,

460 (4th Cir. 1979); ***Roseboro v. Garrison***, 528 F.2d 309, 310 (4th Cir. 1975).  Plaintiff is

so advised.

Within twenty-one (21) days of receipt of this Order, plaintiff shall file any opposition

explaining why the Motion to Dismiss [Doc. 7] should not be granted.  Plaintiff is further

---

[1]While the Motion states defendant Fex Quotes, LLC, was improperly named in the
Complaint, this Court will refer to that defendant using its name as listed on the docket
sheet.

advised that she must serve defendants Fex Quotes, LLC, and Adam Barkow with any response filed.

Additionally, defendants Fex Quotes, LLC, and Adam Barkow are **ORDERED** to send copies of their Motion [Doc. 7], supporting Memorandum [Doc. 7-1] and exhibit [Doc. 7-2] by certified mail, return receipt requested, to plaintiff at her last known address and to file the return receipt with this Court.[2]

It is so **ORDERED**.

The Clerk is directed to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to her last known address as reflected on the docket sheet and to all counsel of record via electronic means.

**DATED**: August 26, 2025.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

---

[2]The Court notes the certificates of service for defendants Fex Quotes, LLC, and Adam Barkow's Motion [Doc. 7] and supporting Memorandum [Doc. 7-1] reflects service to plaintiff by "U.S. mail." [Doc. 7 at 3; Doc. 7-1 at 12]. Because it is not clear whether defendants served plaintiff by certified mail, return receipt requested, the Court included the directive herein regarding service to plaintiff.