**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Diana Mey
   14 Applewood Drive
   Wheeling, WV 26003
   5:25-cv-137; Doc. 8

9589 0710 5270 2023 4848 71

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Diana Mey*           ☐ Agent
                         ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Diana Mey                         9-8-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FILED
SEP 11 2025
US DISTRICT COURT
WHEELING WV

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt